1

2

3                                                                O

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   Case No. EDCR 07-055 VAP
                                         )
12              Plaintiff,               )   ORDER OF DETENTION
                                         )
13         v.                            )   [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C.
                                         )   §3143(a)]
14   Pedro Victor Dos Santos,            )
                                         )
15              Defendant.               )

16

17         The defendant having been arrested in this judicial district pursuant to a warrant

18   issued by the Honorable Alicemarie H. Stotler, Chief United States District Judge, for an

19   alleged violation of the terms and conditions of the defendant's supervised release; and

20         The Court having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),        The Court finds that:

22   A.    ( )    The defendant has not met his burden of establishing by clear and convincing

23                evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or

24                (c). This finding is based on the nature of the charged offense, the defendant's

25                lack of bail resources, lack of a stable residence, and the nature of the charge

26                offense, which indicates the defendant is unlikely to comply with conditions

27                of release; and

28

B.    (X)    The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the nature of the charged offense and defendant's criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 7, 2007

/ s /
_____
ARTHUR NAKAZATO
UNITES STATES MAGISTRATE JUDGE

2